**No. 10-8280. Shawn A. Beasley, Petitioner v. James Schwochert, Acting Warden.**

562 U.S. 1241, 131 S. Ct. 1526, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1612.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

**No. 10-8284. Azim Waleed Epps, Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1526, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1688,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 613 F.3d 1093.

**No. 10-8285. Eddie V. Clay, Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1526, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1572.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 979.

**No. 10-8287. Antonio Crawford, Jr., Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1527, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1601.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 463.

**No. 10-8288. Michael David Elliot, Petitioner v. Mary Berghuis, Warden.**

562 U.S. 1241, 131 S. Ct. 1527, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1518.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8289. Fernando Dominguez, Petitioner v. Tom Felker, Warden.**

562 U.S. 1241, 131 S. Ct. 1527, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1577.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 153.

**No. 10-8292. Jesus Francisco Chavez-Salgado, Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1527, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1557.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 80.